IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL HERNANDEZ, JR.,

      Plaintiff,                                   CIV S-11-2645 CKD

     vs.

MICHAEL J. ASTRUE,                         <u>ORDER</u>
Commissioner of Social Security,

      Defendant.

_____/

      Defendant has filed a motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff shall file opposition, if any, no later than March 23, 2012. Plaintiff is cautioned that failure to file an opposition will be deemed a statement of non-opposition and will result in a recommendation that defendant's motion to dismiss be granted.

      2. Reply, if any, shall be filed no later than March 30, 2012.

Dated: March 6, 2012

                                               _____
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

4 - hernandez.brf